# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROSEMARY WILLIAMS

VERSUS

LSU RETIREMENT

CIVIL ACTION

22-8-SDD-EWD

## RULING

The Court has carefully considered the *Complaint, Amended Hardship Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Erin Wilder-Doomes dated May 24, 2022 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** this case is DISMISSED WITHOUT PREJUDICE. Leave to amend is not warranted because Plaintiff Rosemary Williams has had an opportunity to amend her Complaint to establish federal subject matter jurisdiction and has not done so on the facts alleged. Further amendments would be futile.

**IT IS FURTHER ORDERED** that *Motion to Proceed In Forma Pauperis*[4] filed by Rosemary Williams, is DENIED.

---

[1] Rec. Docs. 1 and 10.
[2] Rec. Doc. 12.
[3] Rec. Doc. 14.
[4] Rec. Doc. 2

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on Rosemary Williams via certified mail, return receipt requested at her address listed on PACER.

Signed in Baton Rouge, Louisiana the 7th day of July, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA